The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMLAB, L.L.C., and BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VIVA PHARMACEUTICAL, INC., <br><br> Defendant. | Case No. 2:13-cv-00158 <br><br> STIPULATED MOTION TO SUBSTITUTE PARTIES UNDER FED. R. CIV. PROC. 25(c) <br><br> Note for Motion Calendar: May 28, 2013 |

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, plaintiff Pamlab, L.L.C. (now named Camline, L.L.C.) respectfully requests that Nestlé Health Science – Pamlab, Inc. be substituted as a party-plaintiff in place of Pamlab, L.L.C. All parties have consented to this motion. Rule 25(c) provides, in pertinent part: "If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party...."

On February 22, 2013, Pamlab, L.L.C. and certain of its affiliates entered into an Asset Acquisition Agreement and Plan of Reorganization (the "Acquisition Agreement") with NHS Buyer, Inc., pursuant to which Pamlab, L.L.C. agreed to transfer substantially all of its assets, including its claims in this lawsuit, to NHS Buyer, Inc. On February 26, 2013, NHS Buyer, Inc.

STIPULATED MOTION TO SUBSTITUTE PARTIES UNDER
FED. R. CIV. PROC. 25(c)
1
2:13-cv-00158

MANSFIELDLAW
121 SW Morrison, Suite 400
Portland, OR 97204
971.271.8615

1   changed its name to Nestlé Health Science – Pamlab, Inc.

2       The closing of the Acquisition Agreement occurred on April 1, 2013. In order to effectuate the transfer of assets, Pamlab, L.L.C. and certain of its affiliates entered into a Bill of Sale dated April 1, 2013 with Nestlé Health Science – Pamlab, Inc. Pursuant to the Acquisition Agreement and the Bill of Sale, Nestlé Health Science – Pamlab, Inc. acquired and assumed the rights and claims of Pamlab against Viva Pharmaceuticals, L.L.C. in this action. In addition, Nestlé Health Science – Pamlab, Inc. acquired Pamlab's intellectual property rights, inventory, raw materials, containers, packaging, packaging supplies, work-in-process, sales literature, promotional literature, certain contracts and licensing agreements, and the goodwill of Pamlab's business. Nestlé Health Science – Pamlab, Inc. also acquired Pamlab's registered trademarks "Cerefolin," "Cerefolin NAC," "Deplin," "Metanx," and "Pamlab." Following the closing, Pamlab, L.L.C. changed its name to Camline, L.L.C. on April 3, 2013.

       Due to the foregoing transfers of assets, Nestlé Health Science – Pamlab, Inc. is the real party in interest in pursuing Pamlab's claims in this case, and Nestlé Health Science – Pamlab, Inc., as the owner of such claims, should be substituted for Pamlab as a party-plaintiff in this action. All parties have consented to this motion. Accordingly, Pamlab, L.L.C. respectfully requests that this Honorable Court issue an order substituting Nestlé Health Science – Pamlab, Inc. for Pamlab, L.L.C. as a party-plaintiff in this action.

       Dated this 28th day of May, 2013.

Respectfully submitted:

MANSFIELDLAW

/s/Johnathan E. Mansfield
Johnathan E. Mansfield, WSBA No. 27779
Attorney for Plaintiffs
121 SW Morrison, Suite 400
Portland, OR 97204
Phone: (971) 271-8615
Email: john@mansfieldlaw.net

STIPULATED MOTION TO SUBSTITUTE PARTIES UNDER
FED. R. CIV. PROC. 25(c)
2
2:13-cv-00158

MANSFIELDLAW
121 SW Morrison, Suite 400
Portland, OR 97204
971.271.8615

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28nd day of May, 2013, I caused to be served the foregoing STIPULATED MOTION TO SUBSTITUTE PARTIES UNDER FED. R. CIV. PROC. 25(c) on the following parties via the Court's CM/ECF system:

> Donald W. Washington
> Robert L. Waddell
> Jones, Walker, Waechter, Poitevent,
> Carrere & Denegre, LLP
> 600 Jefferson Street, Suite 1600
> Lafayette, Louisiana 70501
> dwashington@joneswalker.com
> rwaddell@joneswalker.com
>
> Michael McKay
> Thomas Brennan
> McKay Chadwell, PLLC
> 600 University Street, Suite 1601
> Seattle, WA 98101
> mdm@mckay-chadwell.com
> tmb@mckay-chadwell.com
>
> Of Attorneys for Defendant Viva Pharmaceutical, Inc.

/s/Johnathan E. Mansfield
Johnathan E. Mansfield

CERTIFICATE OF SERVICE - 1
2:13-cv-00158

MANSFIELDLAW
121 SW MORRISON, SUITE 400
PORTLAND, OR 97204
971.271.8615

The Honorable James L. Robart

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PAMLAB, L.L.C., and BRECKENRIDGE PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VIVA PHARMACEUTICAL, INC., <br><br> Defendant. | Case No. 2:13-cv-00158 <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE PARTIES UNDER FED. R. CIV. PROC. 25(c) |

This matter came before the Court on Plaintiff Pamlab, L.L.C.'s Stipulated Motion To Substitute Parties Under Fed. R. Civ. Proc. 25(c), and having considered the parties' submissions and arguments,

**IT IS ORDERED** that Plaintiff Pamlab, L.L.C.'s Stipulated Motion To Substitute Parties Under Fed. R. Civ. Proc. 25(c) is **GRANTED**.

IT IS SO ORDERED this 30th day of May, 2013.

_____
Honorable James L. Robart
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
SUBSTITUTE PARTIES UNDER FED. R. CIV. PROC. 25(c)
- 1
2:13-cv-00158

1   Presented by:

2
                              MANSFIELDLAW
3

4
                              /s/Johnathan E. Mansfield
5                             Johnathan E. Mansfield, WSBA No. 27779
                              Attorney for Plaintiffs Pamlab, L.L.C., and
6                             Breckenridge Pharmaceutical, Inc.
                              121 SW Morrison, Suite 400
7                             Portland, OR  97204
                              Phone: (971) 271-8615
8                             Email: john@MansfieldLaw.net

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
SUBSTITUTE PARTIES UNDER FED. R. CIV. PROC. 25(c)
- 2
2:13-cv-00158

MANSFIELDLAW
121 SW Morrison, Suite 400
Portland, OR 97204
Telephone 971.271.8615