THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAMLAB, L.L.C. and BRECKENRIDGE PHARMACEUTICAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>VIVA PHARMACEUTICAL, INC.,<br><br>Defendant. | No. 2:13-cv-00158-JLR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Nestlé Health Science – Pamlab, Inc. and Breckenridge Pharmaceutical, Inc., and Defendant Viva Pharmaceutical, Inc., hereby stipulate that all claims and counterclaims between them in this action shall be, and hereby, are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION OF DISMISSAL WITH PREJUDICE- 1

**MansfieldLaw**
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
(971) 271-8615

{L0246018.1}

Dated:  June 3, 2013

Respectfully submitted:

**MANSFIELDLAW**

/s/ Johnathan *E. Mansfield*
Johnathan E. Mansfield, WSBA No. 27779
Attorney for Plaintiffs
121 SW Morrison Street, Suite 400
Portland, Oregon
Phone: (971) 271-8615
Email: jmansfield@mansfieldlaw.com

And

C. Randolph Ross (*pro hac vice*)
BRECKENRIDGE PHARMACEUTICAL, INC.
60 East 42nd Street, Suite 5210
New York, NY 10165
Tel:     646-448-1303
Fax:    856-494-1647
Email: rross@bpirx.com

STIPULATION OF DISMISSAL WITH PREJUDICE- 2

MansfieldLaw
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
(971) 271-8615

{L0246018.1}

**McKAY CHADWELL, PLLC**

/s/ *Michael D. McKay*
/s/ *Thomas Brennan*
Michael D. McKay, WSBA No. 7040
Thomas Brennan, WSBA No. 30662
Attorneys for Defendant Viva Pharmaceutical, Inc.
600 University Street, Suite 1601
Seattle, WA  98101
Phone: (206) 233-2800
Fax:     (206) 233-2809
Email: mdm@mckay-chadwell.com
          tmb@mckay-chadwell.com

and

Robert L. Waddell (*pro hac vice*)
Donald W. Washington (*pro hac vice*)
Mia M. Grandpre (*pro hac vice*)
JONES WALKER LLP
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Phone: (337) 593-7600
Fax:     (337) 593-7601
Email: rwaddell@joneswalker.com
          dwashington@joneswalker.com
          mgrandpre@joneswalker.com

STIPULATION OF DISMISSAL WITH PREJUDICE- 3

**MansfieldLaw**
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
(971) 271-8615

{L0246018.1}

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to counsel of record, on this 3rd day of June, 2013.

/s/ Johnathan E. Mansfield

STIPULATION OF DISMISSAL WITH PREJUDICE- 4

**MansfieldLaw**
121 SW Morrison Street, Suite 400
Portland, Oregon 97204
(971) 271-8615

{L0246018.1}